# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

NICOLE ESTHER HANDSCHUH,

                       Plaintiff,

  v.

MICHELLE A. KING,[1]
Acting Commissioner of Social Security,

                      Defendant.

Case No. 3:24-cv-00420-CLB

**ORDER EXTENDING TIME TO FILE MOTION FOR REMAND/REVERSAL**

On September 18, 2024, Plaintiff Nicole Esther Handschuh ("Handschuh") initiated this action, which involves judicial review of an administrative action by the Secretary of Health and Human Services, denying her claim for disability benefits under the Social Security Act. (ECF No. 1.)

On October 7, 2024, this Court issued an order concerning review of social security cases. (ECF No. 7.) The order explicitly required Handschuh to file any motion for remand or reversal within 60 days of the filing of the certified administrative record. (*Id.* at 2.) On November 18, 2024, Defendant Acting Commissioner Michelle A. King ("Commissioner") filed the certified administrative record. (ECF No. 10.) Thus, pursuant to this Court's order, Handschuh had until January 21, 2025, to file her motion for remand or reversal, but to date has failed to do so. Although an answer was not filed, the Court construes the certified administrative record as the answer pursuant to Fed. R. Civ. P. Supp. Soc. Sec 4(b).

For good cause appearing, the Court will *sua sponte* grant Handschuh an extension to **Friday, February 21, 2025,** to file her motion for reversal/remand. Absent extraordinary circumstances, no further extensions of time will be granted. Finally, if Handschuh fails to file her motion for reversal/remand, the Court will consider appropriate sanctions against

---

[1] Martin O'Malley is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

the offending party.

**IT IS SO ORDERED.**

**DATED**: January 23, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**